UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| PNC BANK, NATIONAL ASSOCIATION, ) | | |
| successor to NATIONAL CITY BANK, ) | | |
| Plaintiff, ) | | |
| ) | | |
| vs. ) | 1:10-cv-139-TWP-TAB | |
| ) | | |
| GEORGE P. BROADBENT and ) | | |
| THE SHOPPES OUTLOT, LP, ) | | |
| Defendants, ) | | |
| ) | | |
| MARY C. BROADBENT, ) | | |
| Garnishee-Defendant. ) | | |

**REPORT AND RECOMMENDATION ON PLAINTIFF'S MOTION
TO AVOID FRAUDULENT TRANSFERS**

Plaintiff is seeking to collect a $1,208,247.93 judgment from Defendant George Broadbent. [Docket No. 53.] Plaintiff initiated proceedings supplemental to execution under Federal Rule of Civil Procedure 69 and Indiana Trial Rule 69 to enforce the judgment. Plaintiff's motion to avoid fraudulent transfers [Docket No. 76] is identical to the motion Plaintiff filed in a related case, which also involves George Broadbent and Mary Broadbent. The identical motion is filed in *PNC Bank v. Broadbent*, No. 1:10-cv-546-TWP-TAB. [Docket No. 52.]

For the reasons set forth in the Magistrate Judge's Report and Recommendation in *PNC Bank v. Broadbent*, No. 1:10-cv-546-TWP-TAB [Docket No. 87], the Magistrate Judge also recommends that Plaintiff's motion to set aside fraudulent transfers in this matter [Docket No. 76] be denied without prejudice, to be refiled as necessary following additional proceedings,

subject to the proposed procedures set forth below.[1] Specifically, (1) no new cause of action is required, (2) the garnishee-defendant's right to a jury trial is recognized and preserved, subject to further proceedings, and (3) the garnishee-defendant need not respond to Plaintiff's motion.

All discovery shall be completed by January 31, 2012. A telephonic status conference is set for 10 a.m. on December 5, 2011, to discuss the status of discovery and other related matters. The parties shall appear by counsel who shall contact the Court at 317-229-3660 to participate in the conference. Any objections to the Magistrate Judge's Report and Recommendation shall be filed with the Clerk in accordance with 28 U.S.C. § 636(b)(1). Failure to file timely objections within fourteen days after service shall constitute waiver of subsequent review absent a showing of good cause.

Dated: 08/04/2011

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

---

[1] The Magistrate Judge sees no benefit in allowing this motion to languish for months on end while the parties conduct extensive discovery into the underlying facts. Defendant's response to Plaintiff's motion raised several preliminary procedural-type objections that the Magistrate Judge has addressed. Discovery will provide the needed window into whether any basis exists for setting aside the disputed transfers. Once that discovery is complete, the Court anticipates Plaintiff will file a renewed motion that will raise numerous issues not included in the opening skirmish of this legal battle.

Copies to:

Thomas C. Scherer
Whitney L. Mosby
Bingham McHale LLP
tscherer@binghammchale.com
wmosby@binghammchale.com

Richard A. Kempf
Steven C. Shockley
Taft Stettinus & Hollister LLP
rkempf@taftlaw.com
sshockley@taftlaw.com